## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTOPHER J. MISTRETTA, | ) | Civil Action No. 1:25-cv-00009-GTS-MJK |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK BISIGNANO, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant.* | ) | Stipulation – Document Filed Electronically |

### Consent Order for Payment of Fees under the Equal Access to Justice Act

**IT IS HEREBY STIPULATED** by and between Geoffrey M. Peters, Special Assistant United States Attorney, for John A. Sarcone, III, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Adam T. DeFayette, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $2,500.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: May 20, 2025

FRANK BISIGNANO,                                      CHRISTOPHER J. MISTRETTA,
Commissioner of
Social Security

By Defendant's Attorneys,                            By Plaintiff's Attorney,

John A. Sarcone, III,
United States Attorney

*/s/ Geoffrey M. Peters*
Geoffrey M. Peters
Special Assistant United States Attorney
NDNY Bar Roll No. 704027
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

*/s/    Adam T. DeFayette*        [1]
Adam T. DeFayette, Esq.
Legal Aid Society of NNY
100 Court Street
Plattsburgh, NY 12901
Tel.: 518-563-4022
adefayette@lasnny.org

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

Dated: May 20, 2025

---

[1] Signed by SAUSA Peters with Mr. DeFayette's consent received via email on May 19, 2025.